# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:10-cr-00227 (JAM) |
| DEMETRIUS LITTLE, *Defendant*. | |

## ORDER GRANTING MOTION FOR COMPASSIONATE RELEASE AND AMENDING CONDITIONS OF SUPERVISED RELEASE

Defendant Demetrius Little has moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). In accordance with the Court's ruling at the conclusion of today's hearing, the Court GRANTS the motion for release (Doc. #2403) and the Court orders that defendant Demetrius Little's sentence is reduced to a sentence of **TIME SERVED as of December 23, 2020**.

The Federal Bureau of Prisons shall release Demetrius Little from custody not later than **3:00pm on December 23, 2020**. As of December 23, 2020, Demetrius Little shall commence service of his 4-year term of supervised release with the same conditions previously imposed by the Court's judgment (Doc. #1222) in full force and effect in addition to the following modified conditions:

1. **Residence location.** Upon release from custody, the defendant shall reside with his mother, Loretta Little, at the address provided to the U.S. Probation Office.
2. **14-day quarantine.** The defendant shall self-quarantine for the first fourteen (14) days of his release at the residence of Loretta Little and may leave the property only for the purpose of a medical emergency or to obtain a COVID-19 test. In the event that he obtains a negative COVID-19 test as verified by the U.S. Probation Office, then he shall no longer be subject to the 14-day quarantine requirement.
3. **3-month home detention with electronic monitoring.** The defendant shall serve the first three months of supervised release with GPS bracelet electronic monitoring to commence not later than December 28, 2020. The defendant may leave his home during that period (following the 14-day quarantine period) only for the following reasons and only with the prior consent of the U.S. Probation Office: a medical appointment, to take a COVID-19 test, to seek or engage in paid employment, and to attend any rehabilitation program. Defendant must otherwise remain within the home or on the property of the residence.

4.  **Weekly drug testing.** The defendant shall submit to drug testing every week for the first six months of supervised release. The U.S. Probation Office shall report any positive drug test results to the Court and all counsel.

5.  **Mental health counseling.** The defendant shall be screened for mental health needs and counseling as directed by the U.S. Probation Office.

6.  **Appearance at federal court.** The defendant shall meet with Judge Meyer at the federal courthouse during the week of December 28 on a date and time to be arranged by the U.S. Probation Office at which time the defendant shall be prepared to discuss his reentry and continuing rehabilitation plans.

It is so ordered.

Dated at New Haven, Connecticut, this 22nd day of December 2020.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge